BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
JASON HITT
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>Jeanette Hong,<br><br>    Defendant. | CASE NO.  S-96-00350-WBS<br><br>**MOTION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT** |

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the indictment with prejudice against defendant Jeanette Hong.

DATED: October 6, 2014                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

                                      By: */s/ William S. Wong*
                                          WILLIAM S. WONG
                                          Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JEANETTE HONG,<br><br>    Defendant. | CASE NO. S-96-00350-WBS<br><br>**ORDER DISMISSING INDICTMENT** |

    APPROVED AND SO ORDERED.  The indictment is hereby dismissed with prejudice as against defendant Jeanette Hong.

Dated:  October 6, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE